UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE LAMONT VINSON-JACKSON,

    Plaintiff,

v.

Case No. 24-cv-12397
Hon. Linda V. Parker

CORIZON HEALTHCARE, ET AL,

    Defendants.
_____/

## OPINION AND ORDER SUMMARILY DISMISSING CLAIMS AGAINST DEFENDANTS RIVARD-BABISCH, CO PERRY, AND RUM KINNER AND JUDGMENT

On September 12, 2024, Plaintiff filed this pro se prisoner civil rights action pursuant to 42 U.S.C. § 1983.  In an Opinion and Order entered October 21, 2024, the Court summarily dismissed Plaintiff's claims against Defendants Farris, Corizon Healthcare, and the Michigan Department of Corrections and ordered Plaintiff to show cause why his claims against the remaining Defendants should not be dismissed under the doctrine of collateral estoppel.  (ECF No. 6.)  The deadline for Plaintiff to respond to the show cause order has expired, without Plaintiff responding.  Therefore, the Court now dismisses Plaintiff's claims against Defendants RN Rivard-Babisch, CO Perry, and RUM Kinner.

    Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

                                                  s/ Linda V. Parker
                                                  LINDA V. PARKER
                                                  U.S. DISTRICT JUDGE

Dated: November 14, 2024

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 14, 2024, by electronic and/or U.S. First Class mail.

                                                  s/Aaron Flanigan
                                                  Case Manager