UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE LAMONT VINSON-JACKSON,

        Plaintiff,

                                  Case No. 24-cv-12397

v.                              Honorable Linda V. Parker

DEWAYNE PERRY, et al.,

        Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO AMEND

On September 12, 2024, Plaintiff filed a pro se Complaint against several Defendants.  (ECF No. 1.)  Plaintiff also filed an application to proceed without prepaying fees and costs (ECF No. 2), which the Court granted (ECF No. 5).  Executing its screening responsibilities pursuant to 42 U.S.C. § 1997e(c) and 28 U.S.C. § 1915(e)(2)(B), the Court thereafter dismissed Plaintiff's claims against Defendants.  (ECF Nos. 6, 7.)  The Court entered a Judgment dismissing Plaintiff's Complaint on November 14, 2024.  (ECF No. 7.)  On the same date, this action was closed.

On May 13, 2026—more than a year and a half after this case was closed—Plaintiff filed a motion to amend his complaint.  (ECF No. 9.)  Plaintiff's request is **DENIED** because this matter has been closed.  If Plaintiff wishes to file a

complaint asserting new claims, whether against the same Defendants here or others, he must initiate a new action.

**SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: May 18, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 18, 2026, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager